

# Fourth Court of Appeals
## San Antonio, Texas

October 28, 2019

No. 04-19-00597-CV

**IN THE INTEREST OF J.J.H., R.J.H., J.D.H., AND A.J.H., CHILDREN**

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA00902
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

Appellant's first motion for an extension of time to file her brief is GRANTED. Appellant's brief is due on **November 12, 2019**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of October, 2019.

_____
Luz Estrada,
Chief Deputy Clerk